UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :       Civil No. 1:25-cv-10230-SLC
                                              :
Roger Mckinley Brooks                         :
                                              :
        Plaintiff,                            :       ~~PROPOSED~~
                                              :       SCHEDULING ORDER
        v.                                    :
                                              :
                                              :
Commissioner of Social Security,              :
                                              :
        Defendant.                            :
-----------------------------------------------------------x


IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | June 26, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | October 2, 2026 |
| Plaintiff's Reply (if any) | October 16, 2026 |


SO ORDERED.     March 9, 2026

SARAH L. CAVE
United States Magistrate Judge